IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GUILLERMO ROBLES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 1:17-cv-01302 |
| v. | ) |
| | ) Judge Amy J. St. Eve |
| KRAFT FOODS GROUP, INC., | ) Magistrate Judge Jeffrey T. Gilbert |
| | ) |
| Defendant. | ) |

**MOTION TO TRANSFER VENUE**

Defendant, KRAFT HEINZ FOODS COMPANY ("Kraft" or "Defendant"), incorrectly sued as Kraft Foods Group, Inc.[1], submits the instant Motion to Transfer Venue pursuant to 28 U.S.C. § 1404(a), as the interests of justice require a transfer of this matter to the United States District Court for the Central District of California. In support, as set forth in more detail in the contemporaneously-filed supporting Memorandum of Law, Kraft states as follows:

1. Plaintiff resides in the Central District of California and alleges that he suffered harm in that District. Thus, venue is proper in the Central District of California.

2. Plaintiff has filed approximately 14 website accessibility lawsuits in the Central District of California. Thus, he is familiar with the judiciary in that District and a transfer to his home forum would not prejudice Plaintiff.

3. The interests of justice require transfer of this matter to the Central District of California as the only tie to the Northern District of Illinois is the location of Defendant; however, Plaintiff and all tangible evidence are located in the Central District of California, and Plaintiff claims to have suffered harm in the Central District of California.

---

[1] In 2015, through a series of transactions, Kraft Foods Group, Inc. merged with and into Kraft Heinz Foods Company.

4. Plaintiff has alleged claims under the Unruh Civil Rights Act, California Civil Code § 51 et seq. Issues of local law are best construed by courts most familiar with them.

5. Accordingly, the interests of justice would be served by transferring the Complaint to the U.S. District Court for the Central District of California.

**WHEREFORE,** Defendant KRAFT HEINZ FOODS COMPANY respectfully requests that this Court enter an Order granting its Motion and transfer the present matter to the Central District of California.

DATED: May 5, 2017.   Respectfully submitted,

By: /s/ Jennifer L. Colvin
One of the Attorneys for Defendant
**KRAFT HEINZ FOODS COMPANY**

Jennifer L. Colvin (ARDC No. 6274731)
Kelsey J. Schmidt (ARDC No. 6321457)
**OGLETREE, DEAKINS, NASH,
  SMOAK & STEWART, P.C.**
155 North Wacker Drive, Suite 4300
Chicago, Illinois 60606
Telephone: 312.558.1220
Facsimile: 312.807.3619
*jennifer.colvin@ogletree.com*
*kelsey.schmidt@ogletree.com*

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that on May 5, 2017, the foregoing *Motion to Transfer* was filed electronically with the Clerk of Court using the ECF system, which sent notification of such filing to the following:

>Rusty A. Payton
>Marc E. Dann
>**PAYTONDANN**
>115 South LaSalle Street
>Suite 2600
>Chicago, IL 60603
>*payton@paytondann.com*
>*notices@dannlaw.com*
>
>Joseph R. Manning *(pro hac vice)*
>Caitlin J. Scott *(pro hac vice)*
>**MANNING LAW**
>4667 MacArthur Blvd.
>Suite 150
>Newport Beach, CA 92660
>*ADAPracticeGroup@manninglawoffice.com*
>*cscott@manninglawoffice.com*
>
>*Attorneys for Plaintiff*

    /s/ Jennifer L. Colvin

29695830.1