UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1.2
Eastern Division

Guillermo Robles
          Plaintiff,

v.                  Case No.: 1:17−cv−01302
                 Honorable Amy J. St. Eve

Kraft Foods Group, Inc.
         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, June 6, 2017:

   MINUTE entry before the Honorable Jeffrey T. Gilbert: Status hearing held on 6/6/17. The parties reported they have resolved the case in principle and are finalizing the terms. Defense counsel reported that Defendant's settlement representative is no longer available for the settlement conference set for 6/20/17. Therefore, the settlement conference set for that date is stricken. At the parties' request, a continued status hearing is set for 6/22/17 at 9:45 a.m. If the parties resolve the case prior to the next status hearing, counsel promptly shall notify the Court's courtroom deputy. Mailed notice(ber, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.