**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| GUILLERMO ROBLES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:17-cv-01302 |
| ) | |
| KRAFT FOODS GROUP, INC., ) | Judge Amy J. St. Eve |
| ) | |
| Defendant. ) | Magistrate Judge Jeffrey T. Gilbert |
| ) | |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff Guillermo Robles and Defendant Kraft Heinz Foods Company (erroneously named as "Kraft Foods Group, Inc."), by and through their respective counsel of record and pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure, hereby stipulate as follows:

1. The parties now agree and request that this action be ordered DISMISSED with prejudice.

2. Each party shall bear his or its own costs and fees, including attorneys' fees, incurred in connection with this action.

| Respectfully submitted, | Respectfully submitted, |
|---|---|
| Guillermo Robles | KRAFT HEINZ FOODS COMPANY |
| By: /s/ Marc E. Dann<br>One of the attorneys for Plaintiff | By: /s/ John L. Hayes<br>One of the attorneys for Defendant |
| Rusty A. Payton<br>Marc E. Dann<br>**PAYTONDANN**<br>115 S. LaSalle Street, Suite 2600<br>Chicago, IL 60603<br>(312) 702-1000<br>mdann@dannlaw.com | John L. Hayes<br>**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**<br>155 North Wacker Drive, Suite 4300<br>Chicago, Illinois 60606<br>(312) 558-1220<br>john.hayes@ogletree.com |