# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1.2
### Eastern Division

Guillermo Robles

                         Plaintiff,

v.                                                        Case No.: 1:17−cv−01302

                                                              Honorable Amy J. St. Eve

Kraft Foods Group, Inc.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, June 26, 2017:

      MINUTE entry before the Honorable Amy J. St. Eve: Pursuant to the parties' stipulation of dismissal, this case is hereby dismissed with prejudice. Each party shall bear his or its own costs and fees, including attorneys fees, incurred in connection with this action. All pending dates and deadlines are stricken and all pending motions are denied as moot. Civil case terminated. Judge Jeffrey T. Gilbert no longer referred to the case.Mailed notice(kef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.